IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:07 CR 179 (7)(8) |
| v. | JUDGE MARBLEY |
| JONATHAN L. BOYD<br>JAMES DARNEIL GAITHER | |

ORDER DISMISSING COUNTS 38 THROUGH 41 OF THE INDICTMENT

Pursuant to the motion of the United States Attorney, and having been advised in the premises, the Court grants leave for the United States to dismiss Counts 38 through 41 of the Indictment returned herein as against the above-referenced defendants only.

It is so ordered.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

Counts dismissed by

Daniel A. Brown
Assistant United States Attorney